[No. 23932-9-II.  Division Two.  July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LIN WARFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-00229-1, Wm. Thomas McPhee, J., entered October 2, 1998. *Reversed* by unpublished opinion per Van Deren, J. Pro Tem., concurred in by Seinfeld, J; Hunt, A.C.J., dissenting.

[No. 24025-4-II.  Division Two.  July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEE COX, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01971-1, Roger A. Bennett, J., entered October 23, 1998. *Remanded* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 24115-3-II.  Division Two.  July 21, 2000.]

MARGO KESSEL, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00777-7, Richard A. Strophy, J., entered November 25, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 24302-4-II.  Division Two.  July 21, 2000.]

BRIAN E. BUCKNER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-01166-9, Richard A. Strophy, J., entered January 8, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.